DAVID NOONAN, Appellant, *v.* NILES P. SMITH et al., Re-
.... : ................ spondents.

(Submitted March 15, 1881; decided March 22, 1881.)

*Moses Ely* for appellant.

*Edward H. Hobbs* for respondents.

Agree to affirm without opinion.
All concur.
Order affirmed.

In the Matter of the Petition of JOHN C. VANDENHEUVEL
et al. to ·Vacate an Assessment.

In the Matter of the Petition of EDWARD MORRISON to Va-
cate an Assessment.

In the Matter of the Petition of ELIZABETH P. ROBBINS to
Vacate an Assessment.

In the Matter of the Petition of JOHNSTON LIVINGSTON to
Vacate an Assessment.

In the Matter·of the Petition of FREDERICK E. GIBERT to
Vacate an Assessment.

In the Matter of the Petition of PATRICK MALONE to Vacate
an Assessment.

These cases presented the same questions and were argued
and decided with *In re Merriam* (*ante*, p. 596).